# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 19-14195-ELF

GLADYS M WESSON

5825 N. 16TH STREET

PHILADELPHIA, PA 19141-

      Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    GLADYS M WESSON

    5825 N. 16TH STREET

    PHILADELPHIA, PA 19141-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 10/10/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee