UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: : Chapter 13

Debtor(s) Gladys M Wesson : Bankruptcy No.: 19-14195 ELF

:

**CONSENT ORDER**

***AND NOW,*** this _____ day of _____, 2019, upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with prejudice, it is

***ORDERED,*** that in light of the debtor(s) _Four_ prior bankruptcy filings, if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing, individually or jointly, any subsequent bankruptcy case without further leave of Court and it is further

***ORDERED,*** that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

Date: 11-4-19

_____
JACK LeRoy Wm. Etheridge, Esquire *for*
William C. Miller, Esquire
Chapter 13 Standing Trustee

Date: 11-4-2019

_____
Daniel S. Harris, Esq. for David Moffen, Esq.
Attorney for Debtor(s)

Date: 11-4-2019

_____
Gladys M Wesson
Debtor(s)

Date:_____

_____
Debtor(s)

**BY THE COURT**

_____
ERIC L. FRANK
BANKRUPTCY JUDGE