United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 19-14195-elf
Gladys M Wesson                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi            Page 1 of 1        Date Rcvd: Nov 06, 2019
                          Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.
db             +Gladys M Wesson,    5825 N. 16th Street,    Philadelphia, PA 19141-1821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Gladys M Wesson dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
      LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
      LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                               :       Chapter 13

Debtor(s) Gladys M Wesson                  :       Bankruptcy No.: 19-14195 ELF
                                                                      :

## CONSENT ORDER

**AND NOW**, this 6th day of November, 2019, upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with prejudice, it is

**ORDERED**, that in light of the debtor(s) four prior bankruptcy filings, if this case is dismissed for any reason, debtor(s) shall be prohibited from filing, individually or jointly, any subsequent bankruptcy case without further leave of Court and it is further

**ORDERED**, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

Date: 11-4-19

_[signed] Jack Miller_
LeRoy Wm. Etheridge, Esquire *for*
JACK William C. Miller, Esquire
Chapter 13 Standing Trustee

Date: 11-4-2019

_[signed]_
Daniel S Harris Esq, Attorney for Debtor(s) David Moffen, Esq.

Date: 11-4-2019

_[signed] Gladys M Wesson_
Gladys M Wesson, Debtor(s)

Date: _____

_____
Debtor(s)

_[signed]_
**ERIC L. FRANK**
**BANKRUPTCY JUDGE**