**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER   13 |
| GLADYS M. WESSON | : | |
| Debtor | : | BANKRUPTCY NO. 19-14195-ELF |
| | : | |

**PRAECIPE WITHDRAWING PROOF OF CLAIM NUMBER 2**
**FILED BY PHILADELPHIA GAS WORKS**

Kindly mark as withdrawn Philadelphia Gas Works Proof of Claim Number 2 in the amount of $13007.45.  Philadelphia Gas Works Claim #2 was filed on July 10, 2019.

PHILADELPHIA GAS WORKS

/s/ Pearl Pham
Pearl Pham,
Senior Attorney
Philadelphia Gas Works
800 West Montgomery Avenue
Philadelphia, PA  19122
(215) 684-6227 (phone)
(215) 684-6798 (FAX)
pearl.pham@pgworks.com

January 2, 2020

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER   13 |
| GLADYS M. WESSON | : | |
| Debtor | : | BANKRUPTCY NO. 19-14195-ELF |
| | : | |

**CERTIFICATION OF SERVICE**

I, Pearl Pham, attorney for Philadelphia Gas Works, hereby certify that I have served the Philadelphia Gas Works' Praecipe to Withdraw Proof of Claim #2 on the following date by the means designated below on the date set forth below, upon all parties including the following:

**VIA ECF**

DAVID M. OFFEN
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
(215) 625-9600

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
215-627-1377

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(215) 597-4411

Dated:  January 2, 2020           /s/  Pearl Pham_____
                                  Pearl Pham
                                  Senior Attorney
                                  Philadelphia Gas Works
                                  800 West Montgomery Avenue
                                  Philadelphia, PA  19122
                                  (215) 684-6227
                                  pearl.pham@pgworks.com