IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                          :    CHAPTER 13
Gladys M. Wesson                :    No. 19-14195-ELF
    Debtor                      :
```

CERTIFICATE OF SERVICE

I, David M. Offen, attorney for the above named Debtor, hereby certify that a true and correct copy of the Court Order dated February 5, 2020 was served upon the Chapter 13 Trustee, William C. Miller, Esq. and all creditors via first class mail on February 5, 2020.

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
215-625-9600

2/5/20