**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:    Gladys M. Wesson      Debtor | )  Chapter 13<br>)<br>)  No. 19-14195-ELF<br>)<br>) |

**CERTIFICATION OF NO RESPONSE**

I hereby certify that neither an objection to the compensation nor an application for administrative expenses has been filed and respectfully request that the order attached to the Application be approved.

                                                                              /s/David M. Offen
                                                                              David M. Offen
                                                                              Attorney for Debtor

Date: February 27, 2020